UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA, ex rel.  :   No. 10 Civ. 3902 (GBD)
ALEX GRABCHESKI,                    :   *Filed under seal*
                                    :
            Plaintiff,              :
                                    :
    -against-                       :   Order
                                    :
AMERICAN INTERNATIONAL GROUP,       :
INC.,                               :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: MAY 09 2014]

Upon consideration of the motion of relator Alex Grabcheski for leave to file a second amended complaint, and for related relief,

IT IS HEREBY ORDERED:

1. The motion is granted.

2. Relator Alex Grabcheski is granted leave to file his second amended complaint.

3. Service of the summons and complaint in this action on the defendant within 14 days after the entry of this order will be regarded as timely.

4. The Second Amended Complaint, this order, the Court's order dated October 29, 2013, and the United States's Notice of Election to Decline Intervention shall be unsealed immediately. All other previously filed documents in the Court's file in this action (including the original complaint and the first amended complaint) shall remain under seal and not be made public.

5. The order dated October 29, 2013 shall be entered on the docket if it has not been docketed previously.

Dated: New York, New York
       MAY 09 2014

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE