**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA, *ex rel.* ALEX GRABCHESKI,

Plaintiff,

v.

AMERICAN INTERNATIONAL GROUP, INC.,

Defendant.

Case No.: 10-cv-3902 (GBD)

**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR MOVE WITH RESPECT TO COMPLAINT**

The undersigned attorneys for Relator Alex Grabcheski and Defendant American International Group, Inc. ("AIG") hereby stipulate and agree as follows:

1. The Complaint in this matter was served on AIG on May 23, 2014.

2. By Order of the Court on June 16, 2014, the parties stipulated and agreed that AIG would have until August 21, 2014 to answer or move with respect to the Complaint. (Dkt No. 22).

3. By Order of the Court on August 5, 2014, the parties stipulated and agreed that AIG would have until September 22, 2014 to answer or move with respect to the Complaint. (Dkt No. 23).

4. The parties have agreed that AIG will have three months from September 22, 2014 to answer or move with respect to the Complaint, *i.e.*, until December 22, 2014, without prejudice to any motion or defense AIG may make or assert in such answer or motion.

5. The parties have further agreed that if AIG moves to dismiss the Complaint, Relator will have 90 days to serve his opposition.

6. Accordingly, it is hereby stipulated and agreed as follows:

a) AIG's time to answer or otherwise move with respect to the Complaint shall be extended to and include December 22, 2014;

b) Relator's time to oppose any motion to dismiss the Complaint shall be 90 days from the date of such motion;

c) These extensions are without prejudice to any motion or defense AIG may make or assert in answering or moving with respect to the Complaint;

d) This stipulation is not and shall not in the future be construed as a consent by AIG to jurisdiction in this matter.

e) This stipulation may be executed in counterparts and that a copy of this stipulation shall be construed as effective as an original.

Dated: September 19, 2014
New York, New York

By: Thomas Patton / ORK
Thomas E. Patton
Regina M. Alter

Butzel Long, P.C.
1747 Pennsylvania Ave., N.W., 3rd Floor
Washington, D.C. 20006
Telephone: (202) 454-2800
Facsimile: (202) 454-2805
pattont@butzel.com
alter@butzel.com

*Attorneys for Relator Alex Grabcheski*

By: William Burck / ORK
Kathleen M. Sullivan
Michael B. Carlinsky
William A. Burck

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
kathleensullivan@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
williamburck@quinnemanuel.com

*Attorneys for Defendant AIG*

**SO ORDERED:** George B. Daniels SEP 22 2014

Honorable George Daniels
United States District Judge