UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEX GRABCHESKI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.,<br><br>　　　　　　　Defendant. | Case No.: 10-cv-3902 (GBD) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Michael B. Carlinsky, dated December 22, 2014, and the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable George B. Daniels, in Room 11A of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on such date and at such time as the Court sets, for an order, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), and 12(b)(1) dismissing Relator Alex Grabcheski's Second Amended Complaint with prejudice, and granting such other and further relief the Court deems just and proper.  Oral argument, if directed, will occur on such date and time as the Court determines.

**PLEASE TAKE FURTHER NOTICE,** that, pursuant to the Court's September 23, 2014 Order, Dkt. No. 24, answering papers, if any, shall be served on or before 90 days after service of this Motion.  Any reply papers shall be served on or before 45 days after service of any answering papers.

Dated:  New York, New York
December 22, 2014

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

/s/ *Michael B. Carlinsky*
Michael B. Carlinsky
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemaunel.com

William A. Burck
Lori Alvino McGill
777 6th Street, 11th Floor
Washington, D.C. 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
williamburck@quinnemanuel.com
lorialvinomcgill@quinnemanuel.com

*Attorneys for Defendant American International Group, Inc.*

TO:   Thomas E. Patton, Esq.
Butzel Long, P.C.
1747 Pennsylvania Ave., N.W., 3rd Floor
Washington, D.C. 20006
Telephone:  (202) 454-2800
Facsimile:  (202) 454-2805
pattont@butzel.com

Regina M. Alter, Esq.
Robert Sidorsky, Esq.
230 Park Avenue, Suite 850
New York, NY 10169
Telephone: (212) 676-3913
Facsimile:  (212) 818-0494
alter@butzel.com
sidorsky@butzel.com

*Attorneys for Relator Alex Grabcheski*