UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 16 2015

UNITED STATES OF AMERICA, ex rel.
ALEX GRABCHESKI,

        Plaintiff,

        -against-

AMERICAN INTERNATIONAL
GROUP, INC.,

        Defendant.

10 Civ. 3902 (GBD)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Neal Goldfarb, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of the District of Columbia and Maryland; and that his contact information is as follows:

    Applicant's Name: Neal Goldfarb
    Firm Name: Butzel Long, P.C.
    Address: 1747 Pennsylvania Ave., N.W., Suite 300
    City/State/Zip: Washington, DC 20006
    Telephone/Fax: (202) 454-2826

Applicant having requested admission Pro Hac Vice to appear for all purposes of counsel for relator Alex Grabcheski in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 30, 2014   JAN 16 2015

_George B. Daniels_
United States District/~~Magistrate~~ Judge