UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. ALEX GRABCHESKI, | : : : | |
| Plaintiff, | : : | |
| -against- | : : | 10 Civ. 3902 (GBD) |
| AMERICAN INTERNATIONAL GROUP, INC., | : : : : : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Max Maccoby, dated March 25, 2015, and the accompanying Combined Memorandum (1) in Support of Motion for Leave to File Third Amended Complaint and (2) in Opposition to Defendant's Motion to Dismiss the Second Amended Complaint, the undersigned will move this Court before the Honorable George B. Daniels, in Room 11A of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on such date and at such time at the Court sets, for an order, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, granting Plaintiff/Relator Alex Grabcheski's motion for leave to file the proposed Third Amended Complaint, and granting such other and further relief as the Court deems just and proper. Oral argument, if directed, will occur on such a date and time as the Court determines.

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be served on or before 45 days after service of this Motion. Any reply papers shall be served on or before 30 days after service of any answering papers.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated: | Washington, D.C.<br>March 25th, 2015. | BUTZEL LONG, a professional corporation<br><br>By: /s/ *Max Maccoby*<br>     Max Maccoby (admitted *pro hac vice*)<br>Thomas Patton<br>James Gehrke (admitted *pro hac vice*)<br>Neal Goldfarb (admitted *pro hac vice*)1747 Pennsylvania Ave., NW, Suite 300<br>Washington, DC 20006<br>Telephone: (202) 454-2800<br>Facsimile:  (202) 454-2805<br>goldfarb@butzel.com<br>pattont@butzel.com<br>maccoby@butzel.com<br>gehrke@butzel.com<br><br>Robert Sidorsky<br>230 Park Avenue, Suite 850<br>New York, NY 10169<br>Telephone: (212) 818-1100<br>Facsimile:  (212) 818-0494<br>sidorsky@butzel.com<br><br>*Attorneys for Plaintiff/Relator Alex Grabcheski* |

TO: Michael B. Carlinsky, Esq.
QUINN EMANUEL URQUHART
  & SULLLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemanuel.com

William A. Burck, Esq.
Lori Alvino McGill, Esq.
QUINN EMANUEL URQUHART
  & SULLLIVAN, LLP
777 6th Street, 11th Floor
Washington, D.C. 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
williamburck@quinnemanuel.com
lorialvinomcgill@quinnemanuel.com

*Attorneys for Defendant American International Group, Inc.*

c

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of March, 2015, the foregoing Notice of Motion and the accompanying Declaration of Max Maccoby and Combined Memorandum (1) in Support of Motion for Leave to File Third Amended Complaint and (2) in Opposition to Defendant's Motion to Dismiss the Second Amended Complaint was served on the following via the Court's ECF system:

> Michael B. Carlinsky, Esq.
> Quinn Emanuel Urquhart & Sullivan
> 51 Madison Avenue, 22nd Floor
> New York, New York 10010
> michaelcarlinsky@quinnemaunel.com
>
> William A. Burck, Esq.
> Lori Alvino McGill, Esq.
> Quinn Emanuel Urquhart & Sullivan
> 777 6th Street, 11th Floor
> Washington, D.C. 20001
> williamburck@quinnemanuel.com
> lorialvinomcgill@quinnemanuel.com

and on the following by email (pursuant to written consent to electronic service):

> Pierre Armand, Esq.
> Assistant United States Attorney
> United States Attorney's Office
> Southern District of New York
> 86 Chambers Street
> New York, N.Y. 10007
> Pierre.Armand@usdoj.gov

> /s/ *Max Maccoby*
> Max Maccoby (admitted pro hac vice)
> 1747 Pennsylvania Ave., NW, Suite 300
> Washington, DC 20006
> Telephone: (202) 454-2800
> Facsimile:  (202) 454-2805
> *Attorneys for Plaintiff/Relator Alex Grabcheski*