UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA, *ex rel.*
ALEX GRABCHESKI,

                    Plaintiff,

     -against-

AMERICAN INTERNATIONAL GROUP, INC.,

                  Defendant.
------------------------------------- x

ORDER

10 Civ. 3902 (GBD)

GEORGE B. DANIELS, United States District Judge:

     The status conference currently scheduled for April 28, 2015, is adjourned to July 14, 2015, at 9:45 AM.

Dated: April 23, 2015
      New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 23 2015