Case 1:10-cv-03902-GBD   Document 55   Filed 06/16/15   Page 1 of 1

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

a professional corporation

**COURTESY COPY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 17 2015

Neal Goldfarb
202 454 2826
goldfarb@butzel.com

Suite 300   1747 Pennsylvania Avenue N.W.
Washington, D.C. 20006
T: 202 454 2800  F: 202 454 2805
butzel.com

*Also admitted in Maryland and Virginia*

**SO ORDERED**

The oral argument is set for July 22, 2015, at 10:30 a.m. The July 14, 2015 conference is cancelled.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Via ECF
June 16, 2015

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl St.
New York, NY 10007

JUN 17 2015

Re:  *United States ex rel. Grabcheski v. American International Group, Inc.*, No. 10-cv-3902
     Status conference, July 14, 2015
     Request for oral argument on pending motions

Dear Judge Daniels:

I write on behalf of plaintiff/relator Alex Grabcheski pursuant to the Court's Individual Rule III.D to request that the Court hear oral argument on the motions pending before the Court (the defendant's motion to dismiss the complaint and the plaintiff's motion for leave to file a third amended complaint).

Respectfully yours,

/s/ *Neal Goldfarb*

Neal Goldfarb
*Attorney for Plaintiff/Relator*

cc:   Michael Carlinksy, Esq., Attorney for AIG (via ECF)
      William Burck, Esq., Attorney for AIG (via ECF)