```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA, ex rel.    :
ALEX GRABCHESKI,                     :
                                     :
                    Plaintiff,       :                ORDER
                                     :
        -against-                    :          10 Civ. 3902 (GBD)
                                     :
AMERICAN INTERNATIONAL GROUP, INC.,  :
                                     :
                    Defendant.       :
------------------------------------x
```

GEORGE B. DANIELS, United States District Judge:

Plaintiff having moved to file a Third Amended Complaint, Defendant's Motion to Dismiss the Second Amended Complaint is rendered as moot. The Clerk of Court is directed to close the motion at ECF No. 29.

Dated: July 23, 2015
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUL 23 2015]