**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2016

-----------------------------------------------------------X
UNITED STATES OF AMERICA, ex rel.
ALEX GRABCHESKI,

                Plaintiff,              10 **CIVIL** 3902 (GBD)

-against-                 **JUDGMENT**

AMERICAN INTERNATIONAL GROUP, INC.,
                Defendant.
-----------------------------------------------------------X

        Pending before this Court is Relator's Motion for leave to file a Third Amended Complaint, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on March 31, 2016, having rendered its Order denying Relator's Motion for Leave to File a Third Amended Complaint, dismissing Relator's Third Amended Complaint with prejudice for failure to state a claim, granting Relator's Motion for Leave to File Attorney Declarations, and denying Defendant's Motion to Strike or for an Award of Costs, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2016, Relator's motion for leave to file a Third Amended Complaint is denied; Relator's Third Amended Complaint is dismissed with prejudice for failure to state a claim; Relator's motion for leave to file Attorneys Declarations is granted and Defendant's motion to strike or for an Award of costs is denied.

**Dated:**  New York, New York
       April 12, 2016

                                                        **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                 BY:
                                                            **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____