UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA, ex rel.           :
ALEX GRABCHESKI,                            :
                                            :
                 Plaintiff,     :
                                            :   No. 10 Civ. 3902 (GBD)
    -against-                             :
                                            :   **Notice of Appeal**
AMERICAN INTERNATIONAL GROUP,               :
INC.,                                       :
                                            :
                                            :
                Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

     Please take notice that plaintiff/relator Alex Grabcheski, acting on behalf of the United States of America, appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this case on April 12, 2016, and from all prior orders and judgments that are merged therein.

                                     Respectfully submitted,

Dated:   Washington, D.C.         BUTZEL LONG, a professional corporation
           May 11, 2016

                                     By: /s/ *Neal Goldfarb*
                                        Neal Goldfarb (admitted *pro hac vice*)
                                   Thomas Patton
                                   Max Maccoby (admitted *pro hac vice*)
                                   James Gehrke (admitted *pro hac vice*)
                                   1747 Pennsylvania Ave., NW, Suite 300
                                   Washington, DC 20006
                                   T: (202) 454-2800 • F:  (202) 454-2805
                                   goldfarb@butzel.com
                                   pattont@butzel.com
                                   maccoby@butzel.com
                                   gehrke@butzel.com

Robert Sidorsky
477 Madison Avenue, Suite 1230
New York, New York 10022
T: (212) 818-1100
sidorsky@butzel.com

*Attorneys for Plaintiff/Relator Alex Grabcheski*