UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA, ex rel.       :
ALEX GRABCHESKI,                         :
                                         :
                 Plaintiff,    :
                                         :   No. 10 Civ. 3902 (GBD)
    -against-                          :
                                         :   **Amended Notice of Appeal**[1]
AMERICAN INTERNATIONAL GROUP,           :
INC.,                                    :
                                         :
                                         :
                 Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    Please take notice that plaintiff/relator Alex Grabcheski, acting on behalf of the United States of America, appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this case on April 12, 2016, and from all prior orders and judgments that are merged therein.

---

1. This amended notice of appeal, which is identical to the original notice of appeal except for the change in the title and the addition of this footnote, is being filed solely to enable the name of the appellant to be corrected on the dockets of this Court and of the Second Circuit. Although the original notice of appeal (like this amended notice) identified the appellant as plaintiff/ relator Alex Grabcheski, the notice is designated on this Court's docket (and there-fore on the Second Circuit's docket) as having been filed by "ABC," which was the designation by which Grabcheski was identified on the docket when this qui tam action under the False Claims Act was under seal.

That identification of the appellant as "ABC" was the result of Grabcheski's counsel having used that designation in electronically filing the notice of appeal. In doing so, counsel was following the same practice that he had followed with respect to all other filings after the seal was lifted: although all such papers identified the filer as Grabcheski, counsel continued using the "ABC" designation when electronically filing the papers.

It was not until after the notice of appeal was filed that counsel realized, as a result of conversations with the Clerk's offices of this Court and of the Second Circuit, that he had been in error in following that course of action. Counsel has been informed that in order to correct the name of the appellant on the Second Circuit's docket, the name must first be corrected on this Court's docket. And counsel has been informed by a member of the Clerk's Office staff in this Court that the appropriate way to make that correction is to file an amended notice of appeal.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: Washington, D.C.<br>May 26, 2016, *nunc pro tunc*<br>*as of* May 11, 2016 | BUTZEL LONG, a professional corporation<br><br>By: /s/ *Neal Goldfarb*<br>    Neal Goldfarb (admitted *pro hac vice*)<br>Thomas Patton<br>Max Maccoby (admitted *pro hac vice*)<br>James Gehrke (admitted *pro hac vice*)<br>1747 Pennsylvania Ave., NW, Suite 300<br>Washington, DC 20006<br>T: (202) 454-2800 • F: (202) 454-2805<br>goldfarb@butzel.com<br>pattont@butzel.com<br>maccoby@butzel.com<br>gehrke@butzel.com<br><br>Robert Sidorsky<br>477 Madison Avenue, Suite 1230<br>New York, New York 10022<br>T: (212) 818-1100<br>sidorsky@butzel.com<br><br>*Attorneys for Plaintiff/Relator Alex Grabcheski* |